IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Civil No. 1:17CV00756 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| 1106 OLD STONE LANE, KERNERSVILLE, | : | |
| FORSYTH COUNTY, NORTH CAROLINA, | : | |
| WITH ALL APPURTENANCES AND | : | |
| IMPROVEMENTS THEREON, | : | |
| Defendants. | : | |

**<u>VERIFIED COMPLAINT OF FORFEITURE</u>**

NOW COMES Plaintiff, United States of America, by and through Sandra J. Hairston, Acting United States Attorney for the Middle District of North Carolina, and respectfully states as follows:

1. This is a civil action <u>in</u> <u>rem</u> brought to enforce the provisions of 18 U.S.C. § 981(a)(1)(A) and (C) for the forfeiture of the aforesaid defendant real property which was involved in transactions or attempted transactions in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) and/or Title 18, United States Code, Section 1957, or constitutes or was derived from proceeds traceable to an offense constituting specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7), or a conspiracy to commit such offense, specifically a violation of 18 U.S.C. § 1343 (wire fraud), and/or 18 U.S.C. § 1344 (bank fraud).

2. The defendant property is all that certain lot or parcel of land known as 1106 Old Stone Lane, Kernersville, Forsyth County, North Carolina, with all appurtenances and improvements thereon, and more particularly described as follows:

BEING all of Lot 17, as shown on the plat entitled HEARTHSTONE, as recorded in Plat Book 54, Page 149 in the Office of the Register of Deeds for Forsyth County, North Carolina.

Grantor acquired title to the Premises by deed recorded at Book 3205, Page 2606 Forsyth County Registry.

(See Exhibit A-1 attached hereto). The record title holders of the subject real property are Kimberly R. Hobson and Barry Dale Hobson. The property was acquired on or about June 5, 2015, by North Carolina General Warranty Deed recorded in the Forsyth County Register of Deeds at Book 3234, Pages 3026-3027.

3. Plaintiff brings this action <u>in rem</u> in its own right to forfeit and condemn the defendant real property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

4. This Court has venue pursuant to 28 U.S.C. § 1355(b)(1) and 1395.

5. The defendant real property has not been seized but is located in this district, and one or more of the acts giving rise to forfeiture occurred in this district. The United States of America does not request authority from the Court to seize the defendant properties at this time. The United States will, as provided by 18 U.S.C. § 985(b) and (c)(1):

 a. post notice of this action and a copy of the Complaint on the defendant real property;

 b. serve notice of this action on the defendant real property's owner and any

other person or entity who may claim interest in the defendant real property; and

c. file a Lis Pendens in the county records of the property status as a defendant in this action.

6. The facts and circumstances supporting the forfeiture of the defendant real property is contained in Exhibit A, attached hereto and wholly incorporated herein by reference.

WHEREFORE, the United States of America prays that judgment be entered declaring the defendant property be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

This the 16th day of August, 2017.

> Respectfully submitted,
>
> SANDRA J. HAIRSTON
> Acting United States Attorney
>
> /s/Lynne P. Klauer
> Lynne P. Klauer
> Assistant United States Attorney
> NCSB #13815
> 101 S. Edgeworth Street, 4th Floor
> Greensboro, NC 27401
> Phone: (336) 333-5351
> Email: lynne.klauer@usdoj.gov

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America, that the contents of the foregoing Complaint are true and correct to the best of my knowledge, information and belief.

_____
Carter N. Catlett, III
Special Agent
Department of the Treasury